# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

GREGORY TAVARES CREWS, )
)
    Petitioner, )
)
v. ) Case No. 5:18-cv-01224-KOB-HNJ
)
DEWAYNE ESTES, et al., )
)
    Respondents. )

## MEMORANDUM OPINION

*Pro se* petitioner Gregory Tavares Crews filed an amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his conviction and 25-year sentence after he pleaded guilty to burglary first degree and assault first degree. (Doc. 27 at 1-2). On July 1, 2021, the magistrate judge entered a Report and Recommendation pursuant to 28 U.S.C. § 636(b), recommending that the court deny habeas relief with prejudice on the merits on all of his claims. (Doc. 34). The court has received no objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the magistrate judge's Report and Recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation. Accordingly, the amended petition for writ of habeas corpus should be **DENIED WITH PREJUDICE**.

Further, because the amended petition does not present issues that are debatable among jurists of reason, a certificate of appealability should be **DENIED**. *See* 28 U.S.C. § 2253(c); *Slack v. McDaniel*, 529 U.S. 473, 484-85 (2000); Rule 11(a), *Rules Governing § 2254 Proceedings*.

The court will enter a separate Final Order.

DONE and ORDERED this 2nd day of August, 2021.

_____
**KARON OWEN BOWDRE**
UNITED STATES DISTRICT JUDGE